| | | |
|---|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE<br>P O Box 50070<br>SPARKS, NV  89435<br>(775) 626-7083<br>Chapter 7 Trustee | The Honorable:<br>Chapter   7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | GREGG W. ZIVE<br><br>US Bankrutpcy Court - 5th Floor<br>02/19/2013<br>10:00<br>01/14/2013 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA DIVISION

In re: GREENWOOD, JERRY                    § Case No. 09-53338-GWZ
       GREENWOOD, EUGENIA                  §
                                           §
Debtor(s)                                  §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>ANGELIQUE L.M. CLARK, TRUSTEE</u> , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   300 Booth Street - 1th Floor
   Reno, Nevada  89509

        NOTICE IS HEREBY GIVEN that said hearing may be adjourned from time to time
without further notice. Opposition to said Motion should be made in writing, filed with the
court, and served on the Trustee, Angelique Clark, no later than fourteen days from the mailing
of this notice and served no later than seven (7) days preceding the hearing date as per Local
Rule 9014:
        (1)  Except as set out in subsection (3) below, any opposition to a motion must be filed,
and service of the opposition must be completed on the movant, no later than fourteen(14) days
preceding the hearing date for the motion. The opposition must set forth all relevant facts and
any relevant legal authority. An Opposition must be supported by affidavits or declarations that
conform to the provisions of subsection ( C ) of this rule.

        (2)  Except as set out in subsection (3) below, any reply memorandum must be filed and

**UST Form 101-7-NFR (10/1/2010)**

served no later than seven (7) days preceding the hearing date.

 (3)  Subsections (d) (1)and (2) do not apply to:
  A)  Motions for summary judgement brought in any adversary proceeding;
  B)  Motion for which an order shortening the time for the hearing date has been obtained; and
  C)  Motions or contested matters for which the court has set a separate briefing schedule either in open court or by separate order.

 If you object to the relief requested, you must file a WRITTEN response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.

 If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

 * The court may refuse to allow you to speak at the schedule hearing; and
 * The court may rule against you without formally calling the matter at the hearing.

Individuals representing themselves are not exempt from this rule.

 A complete copy of the motion and exhibits can be view on line at www.nvb.uscourts.gov or by visiting the Bankruptcy Clerks office, 300 Booth Street, Reno, Nevada.

Date Mailed:  12/27/2012  By:  /s/ANGELIQUE L.M. CLARK, TRUSTEE
            Trustee

ANGELIQUE L.M. CLARK, TRUSTEE
P O Box 50070
SPARKS, NV  89435
(775) 626-7083

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE | The Honorable: | | GREGG W. ZIVE |
| P O Box 50070 | Chapter   7 | | |
| SPARKS, NV  89435 | Location: | | US Bankrutpcy Court - 5th Floor |
| (775) 626-7083 | Hearing Date: | | 02/19/2013 |
| Chapter 7 Trustee | Hearing Time: | | 10:00 |
| | Response Date: | | 01/14/2013 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA DIVISION

| | | |
|---|---|---|
| In re: GREENWOOD, JERRY | § | Case No. 09-53338-GWZ |
| GREENWOOD, EUGENIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $          104,833.79

*and approved disbursements of*                 $           33,473.09

*leaving a balance on hand of*  [1]              $           71,360.70

**Balance on hand:**                             $           71,360.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18 -1 | GEHL FINANCE DIVISION OF GEHL COMPANY | 706.16 | 706.16 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $           0.00
Remaining balance:                        $      71,360.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ANGELIQUE L.M. CLARK, TRUSTEE | 8,491.69 | 0.00 | 8,491.69 |
| Trustee, Expenses - ANGELIQUE L.M. CLARK, TRUSTEE | 207.30 | 0.00 | 207.30 |
| Attorney for Trustee, Fees - HARTMAN & HARTMAN | 31,560.00 | 31,560.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Attorney for Trustee, Expenses - HARTMAN & HARTMAN | 507.67 | 507.67 | 0.00 |
| Auctioneer Fees - Auctions Buy Sammy | 465.00 | 465.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 8,698.99 |
| Remaining balance: | $ 62,661.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| None | | | |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 62,661.71 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 62,661.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,362.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 93.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -1 | ADVANTA BANK CORP | 4,827.73 | 0.00 | 4,490.83 |
| 2 -1 | CNH CAPITAL AMERICA LLC | 3,159.18 | 0.00 | 2,938.72 |
| 3 -1 | CNH CAPITAL AMERICA LLC | 560.85 | 0.00 | 521.71 |
| 4 -1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 176.86 | 0.00 | 164.52 |
| 5 -1 | CAPITAL ONE BANK USA, N.A. | 1,114.34 | 0.00 | 1,036.58 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---:|---:|---:|
| 6 -1 | GMAC | 0.00 | 0.00 | 0.00 |
| 6 -2 | GMAC | 8,222.76 | 0.00 | 7,648.94 |
| 7 -1 | CNH CAPITAL AMERICA LLC | 22,211.30 | 0.00 | 20,661.31 |
| 8 -1 | DICK'S FULLER O'BRIEN PAINTS | 3,490.79 | 0.00 | 3,247.19 |
| 9 -1 | SIERRA TAHOE TRANSPORT | 580.28 | 0.00 | 539.79 |
| 10 -1 | UNITED RENTALS | 243.70 | 0.00 | 226.69 |
| 11 -1 | FIA CARD SERVICES, NA/BANK OF AMERICA | 16,234.06 | 0.00 | 15,101.18 |
| 12 -1 | FIA CARD SERVICES, NA - BANK OF AMERICA | 3,086.85 | 0.00 | 2,871.44 |
| 13 -1 | CURTIS & SONS | 1,474.97 | 0.00 | 1,372.04 |
| 14 -1 | GE MONEY BANK | 743.41 | 0.00 | 691.53 |
| 15 -1 | GE MONEY BANK | 127.89 | 0.00 | 118.97 |
| 16 -1 | GE MONEY BANK | 418.37 | 0.00 | 389.17 |
| 17 -1 | PROFESSIONAL FINANCE COMPANY, INC. | 689.19 | 0.00 | 641.10 |
| NOTICE-1 | BANK OF THE WEST | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $       62,661.71
Remaining balance:   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $            0.00
Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ANGELIQUE L.M. CLARK, TRUSTEE
Trustee

ANGELIQUE L.M. CLARK, TRUSTEE
P O Box 50070
SPARKS, NV  89435
(775) 626-7083

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)