**ANGELIQUE CLARK**
**P.O. Box 50070**
**Sparks, NV  89435**
**(775) 626-7083**
**email: aclarkttee@hotmail.com**

Trustee

## UNITED STATES BANKRUPTCY
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Chapter 7<br>Case No: 09-53338 |
| **GREENWOOD, JERRY** | **CERTIFICATE OF SERVICE**<br>**RE: NOTICE OF TRUSTEE'S FINAL** |
| **GREENWOOD, EUGENIA** | **REPORT AND APPLICATION FOR**<br>**COMPENSATION** |
| Debtor(s)_____/ | Hearing Date:  2-19-2013<br>Hearing Time: 10:00 a.m. |

I, Angelique Clark, declare:

On  December 27, 2012, I personally served the foregoing <u>NOTICE OF SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT</u> upon the interested parties to this action whose names and addresses are listed on Exhibit "A" attached hereto and made a part hereof by that reference, by depositing a true and correct copy of the same in the U.S. mail, first class postage prepaid, and addressed to them at their last known address pursuant to Fed. R. Bankr. P. 23002(b).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   December 27, 2012

                                                        /s/ Angelique Clark
                                                        Angelique Clark -Trustee

| | | |
|---|---|---|
| GREENWOOD, JERRY<br>GREENWOOD, EUGENIA<br>1123 JO LANE<br>GARDNERVILLE, NV  89410 | **CHRIS D NICHOLS**<br>Noticed by ECF<br>**OFFICE OF THE U.S. TRUSTEE**<br>Noticed by ECF | MARK GOODMAN<br>mark.goodman.exq@gmail.com<br>348 Mill Street<br>Reno, NV 8/9501 |
| CHRISTOPHER D. JAIME<br>4785 Caughlin Parkway<br>POB 30000<br>Reno, NV 89520 | HARTMAN & HARTMAN<br>510 W. PLUMB LN   STE.B<br>RENO, NV  8950-9 | ADVANTA BANK CORP<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 |
| CNH CAPITAL AMERICA LLC<br>PO BOX 3600<br>LANCASTER, PA  17604-3600 | PYOD LLC<br>C/O RESURGENT CAPITAL<br>PO BOX 19008<br>GREENVILLE, SC  29602- | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP PO<br>BOX 71083<br>CHARLOTTE, NC  28272-1083 |
| GMAC<br>P O BOX 130424<br>ROSEVILLE, MN  55113- | CNH CAPITAL AMERICA LLC<br>PO BOX 3600<br>LANCASTER, PA  17604-3600 | DICK'S FULLER O'BRIEN PAINTS<br>P.O.BOX 1920<br>GARDNERVILLE, NV  89410- |
| SIERRA TAHOE TRANSPORT<br>P.O. BOX 807<br>GARDNERVILLE, NV  89423- | UNITED RENTALS<br>450 GLASS LANE, #C<br>MODESTO, CA  95356- | FIA CARD SERVICES, NA/B OF A<br>BY AMERICAN INFOSOURCE<br>PO BOX 248809<br>OKLAHOMA CITY, OK  73124-8809 |
| CURTIS & SONS<br>P.O. BOX 2911<br>MINDEN, NV  89423- | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | PROFESSIONAL FINANCE<br>COMPANY, INC.<br>PO BOX 1686<br>GREELEY, CO  80632- |
| GEHL FINANCE DIVISION OF<br>GEHL COMPANY<br>P.O. BOX 1985<br>WEST BEND, WI  53095-1985 | BANK OF THE WEST<br>C/O JEREMY T BERGSTROM<br>2200 PASEO VERDE PKWY STE 250<br>HENDERSON, NV  89052- | |