**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**DISTRICT OF NEVADA DIVISION**

| | | |
|---|---|---|
| In re: GREENWOOD, JERRY | § | Case No. 09-53338 |
| GREENWOOD, EUGENIA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANGELIQUE LAMBERTI-CLARK, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $698,620.00         Assets Exempt: $589,820.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $62,661.71         Claims Discharged
                                                    Without Payment: $-44,401.22

Total Expenses of Administration: $42,172.08

---

3) Total gross receipts of $ 104,833.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $104,833.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $903,063.72 | $706.16 | $706.16 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 33,520.88 | 42,172.08 | 42,172.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 361,182.38 | 106,812.41 | 67,362.53 | 62,661.71 |
| **TOTAL DISBURSEMENTS** | $1,264,246.10 | $141,039.45 | $110,240.77 | $104,833.79 |

    4) This case was originally filed under Chapter 7 on September 23, 2009. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2013        By: /s/ANGELIQUE LAMBERTI -CLARK, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1996 BOX TRAILER | 1129-000 | 800.00 |
| 2001 CASE 580 SUPER M 4WD EXTEND HOE | 1129-000 | 800.00 |
| 2004 MTL 16 MUSTANG SKID STEER LOADER | 1129-000 | 5,206.61 |
| 2006 ECONOLINE UTILITY TRAILER | 1129-000 | 2,050.00 |
| 2006 YAMAHA 700 RAPTOR QUAD | 1129-000 | 800.00 |
| 25% OF WEEKLY WAGES DUE ON THE DATE OF FILING | 1221-000 | 48.00 |
| 72.88% ESTATE'S INTEREST IN 2009 TAX REFUND | 1224-000 | 129.00 |
| SETTLEMENT ON PROPERTY | 1249-000 | 95,000.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$104,833.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 -1 | GEHL FINANCE DIVISION OF GEHL COMPANY | 4110-000 | 6,000.00 | 706.16 | 706.16 | 0.00 |
| NOTFILED-1 | HYNDAI MOTOR FINANCE | 4110-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | SBF II, LLC | 4110-000 | 18,300.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | RESORT FUNDING | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |

| | | | | |
|---|---|---|---|---|
| NOTFILED-1 INDYMAC BANK | 4110-000 | 720,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 BANK OF THE WEST | 4110-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 INTERNAL REVENUE SERVICE | 4110-000 | 10,563.72 | N/A | N/A | 0.00 |
| NOTFILED-1 NATIONAL CITY MORTGAGE | 4110-000 | 109,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $903,063.72 | $706.16 | $706.16 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANGELIQUE L.M. CLARK, TRUSTEE | 2100-000 | N/A | 8,491.69 | 8,491.69 | 8,491.69 |
| ANGELIQUE L.M. CLARK, TRUSTEE | 2200-000 | N/A | 207.30 | 207.30 | 207.30 |
| Auctions Buy Sammy | 3610-000 | N/A | 465.00 | 465.00 | 465.00 |
| HARTMAN & HARTMAN | 3210-000 | N/A | 23,160.00 | 31,560.00 | 31,560.00 |
| HARTMAN & HARTMAN | 3220-000 | N/A | 256.47 | 507.67 | 507.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.97 | 3.97 | 3.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 8.35 | 8.35 | 8.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.43 | 41.43 | 41.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 184.32 | 184.32 | 184.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 158.06 | 158.06 | 158.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 174.82 | 174.82 | 174.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 169.47 | 169.47 | 169.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $33,520.88 | $42,172.08 | $42,172.08 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | ADVANTA BANK CORP | 7100-000 | 49,500.00 | 4,827.73 | 4,827.73 | 4,490.83 |
| 2 -1 | CNH CAPITAL AMERICA LLC | 7100-000 | 6,400.00 | 3,159.18 | 3,159.18 | 2,938.72 |
| 3 -1 | CNH CAPITAL AMERICA LLC | 7100-000 | 1,180.00 | 560.85 | 560.85 | 521.71 |
| 4 -1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 7100-000 | N/A | 176.86 | 176.86 | 164.52 |
| 5 -1 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 1,114.34 | 1,114.34 | 1,036.58 |
| 6 -1 | GMAC | 7100-000 | 84,000.00 | 39,449.88 | 0.00 | 0.00 |
| 6 -2 | GMAC | 7100-000 | 42,000.00 | 8,222.76 | 8,222.76 | 7,648.94 |
| 7 -1 | CNH CAPITAL AMERICA LLC | 7100-000 | 110,000.00 | 22,211.30 | 22,211.30 | 20,661.31 |
| 8 -1 | DICK'S FULLER O'BRIEN PAINTS | 7100-000 | 5,600.00 | 3,490.79 | 3,490.79 | 3,247.19 |
| 9 -1 | SIERRA TAHOE TRANSPORT | 7100-000 | 1,160.00 | 580.28 | 580.28 | 539.79 |
| 10 -1 | UNITED RENTALS | 7100-000 | 274.71 | 243.70 | 243.70 | 226.69 |
| 11 -1 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 31,800.00 | 16,234.06 | 16,234.06 | 15,101.18 |
| 12 -1 | FIA CARD SERVICES, NA - BANK OF AMERICA | 7100-000 | 10,000.00 | 3,086.85 | 3,086.85 | 2,871.44 |
| 13 -1 | CURTIS & SONS | 7100-000 | 2,600.00 | 1,474.97 | 1,474.97 | 1,372.04 |
| 14 -1 | GE MONEY BANK | 7100-000 | 1,300.00 | 743.41 | 743.41 | 691.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 15 -1 GE MONEY BANK | 7100-000 | 430.00 | 127.89 | 127.89 | 118.97 |
| 16 -1 GE MONEY BANK | 7100-000 | N/A | 418.37 | 418.37 | 389.17 |
| 17 -1 PROFESSIONAL FINANCE COMPANY, INC. | 7100-000 | 1,378.00 | 689.19 | 689.19 | 641.10 |
| NOTICE-1 BANK OF THE WEST | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED-1 CA ADVANCED IMAGING MED ASSOC | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| NOTFILED-1 ALLSTATE INSURANCE COMPANY C/O CCS | 7100-000 | 74.51 | N/A | N/A | 0.00 |
| NOTFILED-1 TAHOE CARSON VALLEY MEDICAL GROUP SIERRA NEVADA MEDICAL | 7100-000 | 161.00 | N/A | N/A | 0.00 |
| NOTFILED-1 BANK OF AMERICA BUSINESS CARD | 7100-000 | 2,176.00 | N/A | N/A | 0.00 |
| NOTFILED-1 BEST BUY | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED-1 BANK OF AMERICA MBNA | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED-1 YAMAHA MOTOR | 7100-000 | 1,985.00 | N/A | N/A | 0.00 |
| NOTFILED-1 CITY NATIONAL BANK | 7100-000 | 820.00 | N/A | N/A | 0.00 |
| NOTFILED-1 BING MATERIALS | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED-1 CARSON VALLEY MEDICAL CENTER | 7100-000 | 257.65 | N/A | N/A | 0.00 |
| NOTFILED-1 CARSON VALLEY MEDICAL CENTER | 7100-000 | 558.51 | N/A | N/A | 0.00 |
| NOTFILED-1 CARSON VALLEY VETERINARY HOSPITAL | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| NOTFILED-1 MERVYN'S | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $361,182.38 | $106,812.41 | $67,362.53 | $62,661.71 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-53338  
**Case Name:** GREENWOOD, JERRY  
GREENWOOD, EUGENIA  
**Period Ending:** 04/25/13

**Trustee:** (480200) ANGELIQUE LAMBERTI-CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 09/23/09 (f)  
**§341(a) Meeting Date:** 10/22/09  
**Claims Bar Date:** 10/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  RESIDENCE LOCATED AT 1123 JO Fee Owner, LANE, GA<br>Value $550k owes $109k Exempt under 21.090 (m) $441K | 550,000.00 | 0.00 | | 0.00 | FA |
| 2  TIMESHARE AT DAVID WALLEY'S Fee Owner, RESORT, G<br>Estate asset subject to lein | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  BANK OF AMERICA BUSINESS CHECKING ACCT#<br>Exempt under 21.090 (z) catchall | 100.00 | 0.00 | | 0.00 | FA |
| 4  BANK OF AMERICA BUSINSS CHECKING ACCT#<br>Exempt under 21.090 (z)catchall | 25.00 | 0.00 | | 0.00 | FA |
| 5  BANK OF AMERICA PESONAL CHECKING ACCT#<br>Exempt under 21.090 (z) catchall | 20.00 | 0.00 | | 0.00 | FA |
| 6  U.S. BANK BUSINESS CHECKING ACCT #1097<br>Exempt under 21.090 (z) catchall | 50.00 | 0.00 | | 0.00 | FA |
| 7  MISC. HOUSEHOLD GOODS & FURNISHINGS<br>$6750.00 Exempt under 21.090 (b) | 6,750.00 | 0.00 | | 0.00 | FA |
| 8  MISC. FAMILY KEEPSAKES & COLLECTIBLES<br>$625. Exempt under 21.090 (a) | 625.00 | 0.00 | | 0.00 | FA |
| 9  MISC. USED CLOTHING<br>$600. Exempt under 21.090 (b) | 600.00 | 0.00 | | 0.00 | FA |
| 10 MISC. SMALL JEWELRY & WEDDING RINGS<br>$200.00 Exempt under 21.090 (a) | 200.00 | 0.00 | | 0.00 | FA |
| 11 BERETTA 40 CAL HAND GUN WITH BELT &<br>$250. Exempt under 21.090 (i) | 250.00 | 0.00 | | 0.00 | FA |
| 12 BROWNING 30 30 CAL RIFLE<br>$200. Exempt under 21.090 (i) | 200.00 | 0.00 | | 0.00 | FA |
| 13 STONEBRIDGE LIFE TERM LIFE INSURANCE<br>0  Exempt under 21.090 (k) | 0.00 | 0.00 | | 0.00 | FA |
| 14 STONEBRIDGE LIFE TERM LIFE INSURANCE<br>$0 $250. Exempt under 21.090 (k) | 0.00 | 0.00 | | 0.00 | FA |
| 15 100% OWNERSHIP IN GREENWOOD | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-53338  
**Case Name:** GREENWOOD, JERRY  
GREENWOOD, EUGENIA  
**Period Ending:** 04/25/13

**Trustee:** (480200) ANGELIQUE LAMBERTI-CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 09/23/09 (f)  
**§341(a) Meeting Date:** 10/22/09  
**Claims Bar Date:** 10/26/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---|
| 16  100% OWNERSHIP IN GREENWOOD EXCAVATING, | 0.00 | 0.00 | | 0.00 | FA |
| 17  1985 FORD F700 FLAT BED TRUCK<br>    $500.00  Exempt under 21.090 (z) | 500.00 | 0.00 | | 0.00 | FA |
| 18  1996 BOX TRAILER<br>    Estate Asset | 500.00 | 700.00 | | 800.00 | FA |
| 19  1998 INTERNATIONAL 4700 5-6 YARD DUMP<br>    Over encumbered - Repo'd | 12,000.00 | 0.00 | | 0.00 | FA |
| 20  2001 CASE 580 SUPER M 4WD EXTEND HOE<br>    $15,005.00  Exempt under 21.090 (d) $13, 300 tool of trade, 905 catchall = $800 | 14,000.00 | 800.00 | | 800.00 | FA |
| 21  2004 FLEETWOOD GEARBOX 5TH WHEEL<br>    Over encumbered Repo'd | 20,000.00 | 0.00 | | 0.00 | FA |
| 22  2004 GMC SIENNA 3/4 TON WORK VAN<br>    $15,000.00 Exempt under 21.090 (f) | 6,800.00 | 0.00 | | 0.00 | FA |
| 23  2004 MTL 16 MUSTANG SKID STEER LOADER<br>    Estates Assets | 9,000.00 | 5,200.00 | | 5,206.61 | FA |
| 24  2004 TRAIL MAX - SKID STEER TRAILER<br>    Exempt under 21.090 (d) tools of trade | 4,000.00 | 0.00 | | 0.00 | FA |
| 25  2005 HYUNDAI TIBURON<br>    Estates Interest  $2,800.00 as of the date of filing.  Now paid off.  Re filed C now exempt under F | 7,000.00 | 0.00 | | 0.00 | FA |
| 26  2006 CASE CX80 MINI EXCAVATOR<br>    Over encumbered  Repo'd | 50,000.00 | 0.00 | | 0.00 | FA |
| 27  2006 ECONOLINE UTILITY TRAILER<br>    Estate Asset to be delivered to Auction | 5,000.00 | 2,500.00 | | 2,050.00 | FA |
| 28  2006 YAMAHA 700 RAPTOR QUAD<br>    with sammy b | 2,500.00 | 800.00 | | 800.00 | FA |
| 29  2007 GMC SIERRA 3500<br>    Over encumbered  Repo'd | 34,000.00 | 0.00 | | 0.00 | FA |
| 30  MISC. HOME OFFICE FURNITURE & EQUIPMENT<br>    $1400.  Exempt under 21.090 (b) | 1,400.00 | 0.00 | | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-53338  
**Case Name:** GREENWOOD, JERRY  
GREENWOOD, EUGENIA  
**Period Ending:** 04/25/13

**Trustee:** (480200) ANGELIQUE LAMBERTI-CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 09/23/09 (f)  
**§341(a) Meeting Date:** 10/22/09  
**Claims Bar Date:** 10/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 31 | 2 PAINT SPRAYERS<br>$400. Exempt under 21.090 (z)catchall | 400.00 | 0.00 | | 0.00 | FA |
| 32 | MISC. TOOLS AND EQUIPMENT USED IN<br>$2700.00  Exempt under 21.090 (d) | 2,700.00 | 0.00 | | 0.00 | FA |
| 33 | 25% OF WEEKLY WAGES DUE ON THE DATE OF FILING  (u)<br>Self Employed | 547.58 | 0.00 | | 48.00 | FA |
| 34 | 72.88% ESTATE'S INTEREST IN 2009 TAX REFUND (u)<br>Filed bk on 9/23/09: 266 of 365 = 72.88% of $177 = $129.00(DID NOT PROVIDE COPY) | 129.00 | 129.00 | | 129.00 | FA |
| 35 | SETTLEMENT ON PROPERTY  (u) | 95,000.00 | 95,000.00 | | 95,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.18 | FA |
| 36 | **Assets**  Totals (Excluding unknown values) | **$825,296.58** | **$105,129.00** | | **$104,833.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Final submitted  with UST 9/27/2012  
    Final filed 10-25-12

**Initial Projected Date Of Final Report (TFR):**     January 1, 2013          **Current Projected Date Of Final Report (TFR):**     October 25, 2012  (Actual)

Printed: 04/25/2013 02:00 PM     V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-53338  
**Case Name:** GREENWOOD, JERRY  
GREENWOOD, EUGENIA  
**Taxpayer ID #:** \*\*-\*\*\*2990  
**Period Ending:** 04/25/13

**Trustee:** ANGELIQUE LAMBERTI -CLARK, TRUSTEE (480200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*74-65 - Checking Account  
**Blanket Bond:** $62,879,123.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/16/10 | | IRS | TAX REFUND | | | 177.00 | | 177.00 |
| | {34} | | TAX REFUND | 129.00 | 1224-000 | | | 177.00 |
| | {33} | | REGULAR DEPOSIT | 48.00 | 1221-000 | | | 177.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.01 | | 177.01 |
| 03/01/11 | {23} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 510.34 |
| 03/28/11 | {23} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 843.67 |
| 05/02/11 | {23} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 1,177.00 |
| 05/31/11 | {23} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 1,510.33 |
| 06/29/11 | {23} | GRENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 1,843.66 |
| 07/25/11 | | AUCTIONS "BUY" SAMMY B | | | | 3,185.00 | | 5,028.66 |
| | {27} | | ASSETS SOLD AT AUCTION | 2,050.00 | 1129-000 | | | 5,028.66 |
| | {28} | | ASSETS SOLD AT AUCTION | 800.00 | 1129-000 | | | 5,028.66 |
| | {18} | | ASSETS SOLD AT AUCTION | 800.00 | 1129-000 | | | 5,028.66 |
| | | Auctions Buy Sammy | AUCTIONEER'S FEES | -465.00 | 3610-000 | | | 5,028.66 |
| 08/01/11 | {23} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 5,361.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 3.97 | 5,358.02 |
| 08/29/11 | {23} | GREENWWOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 5,691.35 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.02 | | 5,691.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,666.37 |
| 09/29/11 | {23} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 5,999.70 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 5,999.73 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,974.73 |
| 10/31/11 | | GREENWOOD | REGULAR DEPOSIT | | | 333.33 | | 6,308.06 |
| | {20} | | REGULAR DEPOSIT | 133.34 | 1129-000 | | | 6,308.06 |
| | {23} | | REGULAR DEPOSIT | 199.99 | 1129-000 | | | 6,308.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 6,308.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,283.09 |
| 11/30/11 | {20} | GREENWOOD, JERRY | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 6,616.42 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 6,616.45 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,591.45 |
| 12/29/11 | {20} | GREENWOOD | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 6,924.78 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 6,924.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,899.81 |
| 01/31/12 | {23} | GREENWOOD, J | REGULAR DEPOSIT | | 1129-000 | 333.33 | | 7,233.14 |

Subtotals :  $7,362.11  $128.97

{} Asset reference(s)

Printed: 04/25/2013 02:00 PM    V.13.13

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-53338  
**Case Name:** GREENWOOD, JERRY  
GREENWOOD, EUGENIA  
**Taxpayer ID #:** **-***2990  
**Period Ending:** 04/25/13

**Trustee:** ANGELIQUE LAMBERTI -CLARK, TRUSTEE (480200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******74-65 - Checking Account  
**Blanket Bond:** $62,879,123.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,233.17 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,208.17 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,183.17 |
| 03/02/12 | {23} | GREENWOOD | REGULAR DEPOSIT | 1129-000 | 333.33 | | 7,516.50 |
| 03/20/12 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/20/2012 FOR CASE #09-53338, Bond #6048576 Trustee Clark #80200<br>Voided on 03/21/12 | 2300-000 | | 11.06 | 7,505.44 |
| 03/21/12 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/20/2012 FOR CASE #09-53338, Bond #6048576 Trustee Clark #80200<br>Voided: check issued on 03/20/12 | 2300-000 | | -11.06 | 7,516.50 |
| 03/21/12 | 1002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2012 FOR CASE #09-53338, 2012 premium for Trustee Clark 480200 | 2300-000 | | 8.35 | 7,508.15 |
| 03/28/12 | {23} | GREENWOOD | REGULAR DEPOSIT | 1129-000 | 333.33 | | 7,841.48 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,816.48 |
| 04/23/12 | {35} | FIRST AMERICAN TITLE | SETTLEMENT | 1249-000 | 95,000.00 | | 102,816.48 |
| 04/25/12 | 1003 | HARTMAN & HARTMAN | Ref # GREENWOOD | 3210-000 | | 23,160.00 | 79,656.48 |
| 04/26/12 | 1004 | HARTMAN & HARTMAN | Ref # GREENWOOD | 3220-000 | | 256.47 | 79,400.01 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.43 | 79,358.58 |
| 05/02/12 | {23} | GREENWOOD | REGULAR DEPOSIT | 1129-000 | 333.33 | | 79,691.91 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 184.32 | 79,507.59 |
| 06/01/12 | {23} | GREENWOOD | REGULAR DEPOSIT | 1129-000 | 333.33 | | 79,840.92 |
| 06/29/12 | {23} | GREENWOOD | REGULAR DEPOSIT | 1129-000 | 333.33 | | 80,174.25 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.06 | 80,016.19 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.82 | 79,841.37 |
| 08/10/12 | {23} | GREENWOOD, JERRY | REGULAR DEPOSIT | 1129-000 | 340.00 | | 80,181.37 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.47 | 80,011.90 |
| 09/28/12 | 1005 | HARTMAN & HARTMAN | Ref # GREENWOOD  Additional fees due to Appeal | 3210-000 | | 8,400.00 | 71,611.90 |
| 09/28/12 | 1006 | HARTMAN & HARTMAN | Ref # GREENWOOD -Additional exp due to appeal | 3220-000 | | 251.20 | 71,360.70 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048020088 20121220 | 9999-000 | | 71,360.70 | 0.00 |

Subtotals :   $97,006.68   $104,239.82

{} Asset reference(s)

Printed: 04/25/2013 02:00 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-53338 | | Trustee: | ANGELIQUE LAMBERTI -CLARK, TRUSTEE (480200) |
|---|---|---|---|---|
| Case Name: | GREENWOOD, JERRY | | Bank Name: | The Bank of New York Mellon |
| | GREENWOOD, EUGENIA | | Account: | 9200-******74-65 - Checking Account |
| Taxpayer ID #: | **-***2990 | | Blanket Bond: | $62,879,123.00  (per case limit) |
| Period Ending: | 04/25/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 104,368.79 | 104,368.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 71,360.70 | |
| | | | **Subtotal** | | 104,368.79 | 33,008.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$104,368.79** | **$33,008.09** | |

{} Asset reference(s)

Printed: 04/25/2013 02:00 PM    V.13.13

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-53338 | Trustee: | ANGELIQUE LAMBERTI -CLARK, TRUSTEE (480200) |
|---|---|---|---|
| Case Name: | GREENWOOD, JERRY | Bank Name: | Rabobank, N.A. |
| | GREENWOOD, EUGENIA | Account: | ****652166 - Checking Account |
| Taxpayer ID #: | **-***2990 | Blanket Bond: | $62,879,123.00  (per case limit) |
| Period Ending: | 04/25/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 71,360.70 | | 71,360.70 |
| 02/21/13 | 11007 | ANGELIQUE L.M. CLARK, TRUSTEE | Dividend paid 100.00% on $207.30, Trustee Expenses; Reference: | 2200-000 | | 207.30 | 71,153.40 |
| 02/21/13 | 11008 | ANGELIQUE L.M. CLARK, TRUSTEE | Dividend paid 100.00% on $8,491.69, Trustee Compensation; Reference: | 2100-000 | | 8,491.69 | 62,661.71 |
| 02/21/13 | 11009 | ADVANTA BANK CORP | Dividend paid 93.02% on $4,827.73; Claim# 1 -1; Filed: $4,827.73; Reference: 5021 | 7100-000 | | 4,490.83 | 58,170.88 |
| 02/21/13 | 11010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Dividend paid 93.02% on $176.86; Claim# 4 -1; Filed: $176.86; Reference: 6261 | 7100-000 | | 164.52 | 58,006.36 |
| 02/21/13 | 11011 | CAPITAL ONE BANK USA, N.A. | Dividend paid 93.02% on $1,114.34; Claim# 5 -1; Filed: $1,114.34; Reference: 6037 | 7100-000 | | 1,036.58 | 56,969.78 |
| 02/21/13 | 11012 | GMAC | Dividend paid 93.02% on $8,222.76; Claim# 6 -2; Filed: $8,222.76; Reference: 7252 | 7100-000 | | 7,648.94 | 49,320.84 |
| 02/21/13 | 11013 | DICK'S FULLER O'BRIEN PAINTS | Dividend paid 93.02% on $3,490.79; Claim# 8 -1; Filed: $3,490.79; Reference: GREENW | 7100-000 | | 3,247.19 | 46,073.65 |
| 02/21/13 | 11014 | SIERRA TAHOE TRANSPORT | Dividend paid 93.02% on $580.28; Claim# 9 -1; Filed: $580.28; Reference: GREENWOOD | 7100-000 | | 539.79 | 45,533.86 |
| 02/21/13 | 11015 | UNITED RENTALS | Dividend paid 93.02% on $243.70; Claim# 10 -1; Filed: $243.70; Reference: 166612 | 7100-000 | | 226.69 | 45,307.17 |
| 02/21/13 | 11016 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 93.02% on $16,234.06; Claim# 11 -1; Filed: $16,234.06; Reference: 9336 | 7100-000 | | 15,101.18 | 30,205.99 |
| 02/21/13 | 11017 | FIA CARD SERVICES, NA - BANK OF AMERICA | Dividend paid 93.02% on $3,086.85; Claim# 12 -1; Filed: $3,086.85; Reference: 9386 | 7100-000 | | 2,871.44 | 27,334.55 |
| 02/21/13 | 11018 | CURTIS & SONS | Dividend paid 93.02% on $1,474.97; Claim# 13 -1; Filed: $1,474.97; Reference: GREEN | 7100-000 | | 1,372.04 | 25,962.51 |
| 02/21/13 | 11019 | PROFESSIONAL FINANCE COMPANY, INC. | Dividend paid 93.02% on $689.19; Claim# 17 -1; Filed: $689.19; Reference: 3CBC2F | 7100-000 | | 641.10 | 25,321.41 |
| 02/21/13 | 11020 | CNH CAPITAL AMERICA LLC | Combined Check for Claims#2 -1,3 -1,7 -1 | | | 24,121.74 | 1,199.67 |
| | | | Dividend paid 93.02% on $3,159.18; Claim# 2 -1; Filed: $3,159.18; Reference: 01504393550575631717557 | 2,938.72 | 7100-000 | | 1,199.67 |
| | | | Dividend paid 93.02% on $560.85; Claim# 3 -1; Filed: $560.85; Reference: 603518 | 521.71 | 7100-000 | | 1,199.67 |

Subtotals :  $71,360.70  $70,161.03

{} Asset reference(s)                                                                                      Printed: 04/25/2013 02:00 PM     V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-53338 | **Trustee:** ANGELIQUE LAMBERTI -CLARK, TRUSTEE (480200) |
| **Case Name:** GREENWOOD, JERRY | **Bank Name:** Rabobank, N.A. |
| GREENWOOD, EUGENIA | **Account:** ****652166 - Checking Account |
| **Taxpayer ID #:** **-***2990 | **Blanket Bond:** $62,879,123.00  (per case limit) |
| **Period Ending:** 04/25/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11560 00121 | | | | |
| | | | Dividend paid 93.02%   20,661.31<br>on $22,211.30; Claim# 7<br>-1; Filed: $22,211.30;<br>Reference:<br>0102369922776142500<br>417557 | 7100-000 | | | 1,199.67 |
| 02/21/13 | 11021 | GE MONEY BANK | Combined Check for Claims#14 -1,15 -1,16 -1 | | | 1,199.67 | 0.00 |
| | | | Dividend paid 93.02%   691.53<br>on $743.41; Claim# 14<br>-1; Filed: $743.41;<br>Reference: 7340 | 7100-000 | | | 0.00 |
| | | | Dividend paid 93.02%   118.97<br>on $127.89; Claim# 15<br>-1; Filed: $127.89;<br>Reference: 4753 | 7100-000 | | | 0.00 |
| | | | Dividend paid 93.02%   389.17<br>on $418.37; Claim# 16<br>-1; Filed: $418.37;<br>Reference:<br>XXX-XX-4696 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 71,360.70 | 71,360.70 | $0.00 |
| | | | Less: Bank Transfers | | 71,360.70 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 71,360.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$71,360.70** | |

|  | |
|---|---|
| Net Receipts : | 104,368.79 |
| Plus Gross Adjustments : | 465.00 |
| Net Estate : | $104,833.79 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******74-65 | 104,368.79 | 33,008.09 | 0.00 |
| Checking # ****652166 | 0.00 | 71,360.70 | 0.00 |
| | $104,368.79 | $104,368.79 | $0.00 |

{} Asset reference(s)

Printed: 04/25/2013 02:00 PM    V.13.13